UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID STEWART,

    Plaintiff,

                                                          Case No. 10-11640

v.

                                                          Hon. John Corbett O'Meara

STILLMAN LAW OFFICE and
JANE DOE,

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff filed a complaint on April 22, 2010, alleging three causes of action: Count I, violations of the Fair Debt Collection Practices Act; Count II, invasion of privacy by intrusion upon seclusion; Count III, malicious prosecution. Although Plaintiff's Fair Debt Collection Practices Act claim is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Counts II and III of Plaintiff's complaint are DISMISSED.

                                                     s/John Corbett O'Meara
                                                   United States District Judge

Date: May 13, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 13, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager